

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
   JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

May 19, 2015

District Clerk
Harris County
Attn: Barbara Anderson
1201 Franklin St., 3rd Floor
Post-Trial Services
Houston, Tx 77002

Re:  Ronald Jeffrey Prible, Jr.
    Trial Court Cause Number 921126
    Case Number AP-74,487

Dear Clerk,

   Herewith please find the order returning the exhibits in the above referenced case.

   Please acknowledge receipt of the exhibits on the enclosed copy of this letter and return it for my records.

   Please call if you have any questions.

        Sincerely,

        Abel Acosta
        Clerk